■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MC MAHON and JOHN CIACCIO, Appellants.—Two judgments of the Supreme Court, Queens County (one as to each defendant), both rendered February 18, 1977, affirmed. No opinion. As to the defendant Mc Mahon, this case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Titone, Suozzi and Hawkins, JJ., concur.